**UNITED STATES PROBATION
AND PRETRIAL SERVICES**

# MEMORANDUM

**DATE:** December 10, 2014

**TO:** Honorable Jonathan W. Feldman
United States Magistrate Judge

**FROM:** Nathan G. Bradley
United States Probation Officer

**SUBJECT:** Michael Loria   6:14-0572
Electronic Monitoring Modification Request

On August 6, 2014, Your Honor released the defendant with conditions of Home Detention to be monitored electronically. The defendant has been in compliance with the terms and conditions of Electronic Monitoring.

I have reviewed this request with AUSA Charles Marangola and he has no objections.

It is respectfully recommended that his conditions be modified to reflect a the electronic monitoring, curfew from 7PM to 7AM five days a week. It is recommended that all other conditions of release remain in effect.

**RECOMMENDATION:**   It is respectfully recommended that the "home detention with electronic monitoring" condition be modified and that all other conditions of release remain in effect.

__X__   Condition 8(v), home detention with electronic monitoring, is modified to reflect a the electronic monitoring, curfew from 7PM to 7AM five days a week. The defendant will continue release under all other previously imposed conditions.

_____   Request denied.

_____
Honorable  Jonathan W. Feldman
United States Magistrate Court Judge

_December 10, 2014_
Date