**UNITED STATES PROBATION AND PRETRIAL SERVICES**

# MEMORANDUM

**DATE:** January 15, 2015

**TO:** Honorable Jonathan W. Feldman
United States Magistrate Court Judge

**FROM:** Nathan G. Bradley
United States Probation Officer

**SUBJECT:** Michael Loria   14-MJ-572
Electronic Monitoring Modification Request



RECEIVED JAN 1 6 2015
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

On May 15, 2014, the subject appeared before Your Honor for his initial appearance. He is charged with, Count 1, Title 21 U.S.C. 841(a)- Possession with Intent to Distribute and Distribute, a Mixture and Substance Containing Oxycodone
Count 2, Title 18 U.S.C. 841(a)- Possession of a Firearm in Furtherance of drug trafficking crime. The defendant was released on conditions.

At the courts request and with consultation from AUSA Charles Mohinyan this officer is presenting a modification request. It is respectfully recommended that the defendants conditions be modified to allow a curfew of 9PM to 8AM to be monitored electronically. This modification will allow the defendant to except last minute work assignments. It is recommended that all other conditions of release remain in effect.

**RECOMMENDATION:** It is respectfully recommended that the "home detention with electronic monitoring" condition be modified and that all other conditions of release remain in effect.

__X__  Condition 8(v), home detention with electronic monitoring, is modified to reflect a 9PM to 8am Curfew with electronic monitoring. The defendant will continue release under all other previously imposed conditions.

_____  Request denied.

_____
Honorable Jonathan W. Feldman
United States Magistrate Court Judge

_____  1/16/15
                                    Date